AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia

| | | |
|---|---|---|
| R. Dante DeCapri, on behalf of himself and others similarly situated | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 3:14 CV 201 |
| Law Offices of Shapiro Brown & Alt, LLP | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Law Offices of Shapiro Brown & Alt, LLP
c/o Gerald B. Alt, Partner
236 Clearfield Ave., Suite 215
Virginia Beach, VA 23462

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 3/21/14

*K. Young*
*Signature of Clerk of Deputy Clerk*

# The Marston Agency, Inc.
11535 Nuckols Road, Suite A
Glen Allen, VA 23059
(800) 308-7790 - (804) 967-9300 (Richmond)
## RETURN ON SERVICE

| | | | |
|---|---|---|---|
| **Plaintiff:** | R Dante DeCapri | **Court:** | United States District Court |
| **Defendant:** | Law Offices of Shapiro, Brown & Alt, LLP | **Case:** | 3:14cv201 |
| **Serve:** | Law Offices of Shapiro, Brown & Alt, LLP 236 Clearfield Ave, Ste 215 c/o Gerald B Alt, Partner Virginia Beach, VA 23462 | **Return Date: Time:** | |
| **Contact:** | Dale W. Pittman 112 - A West Tabb Street Petersburg, VA 23803 | **Phone:** | (804) 861-6000 |

**Type(s) of Writ(s)**                                                                                          paper:1660599

Summons in a Civil Action                    Complaint

Witness/Defendant Law Offices of Shapiro, Brown & Alt, LLP was served according to law, as indicated below:

( ) **PERSONAL** By delivering a copy of the above described process in writing to him/her in person.

( ) **SUBSTITUTE** Being unable to make personal service and not finding the above mentioned person at his/her usual place of abode by delivering a copy of the said process and giving information of it's purport at his usual place of abode to _____ who is a member of his/her family and is the _____ of the above mentioned person, other than a temporary sojourner or guest, and who is the age of 16 years or older.

( ) **POSTED** Being unable to make a personal service and not finding the above mentioned person at his/her usual place of abode nor any member of his/her family the age of 16 years or older at said abode by posting a copy of such process at the front door or at such other door as appears to be the main entrance of such place of abode.

( ) **BUSINESS** At usual place of business or employment during business hours, by delivering the above specified paper(s) and giving information of it's purport to the person found there in charge of such business or place of employment.

( ) Copy mailed to judgement debtor on the date below after serving the garnishee unless a different date is shown below.

( ) Certified Mail

(X) Not Found

( ) Served on Secretary of the Commonwealth

I, _J.E. WALTERS_ hereby certify under penalty of perjury that I am over the age of 18 and not a party or otherwise interested in the subject matter in controversy.

Served Date: _4-7-14_                    Served Time: _1408_

_[signature]_
Signature of Process Server

**Notary**

State of: Virginia                    County/City of: ~~Henrico,~~ VA Beach, ~~Prince William, Rockingham.~~

I, the undersigned, a Notary Public in and for the above-mentioned jurisdiction, hereby certify that before me appeared the Process Server, who, under oath, stated that service was made as stated above. Sworn before me this _26_ day of Apr/May 20_14_

Notary Public: _[signature]_

Type of Service: A    Auth Attempts: 1    Order: 336152    1 Day Rush: No    2 Day Rush: No

| Attempts | -1- | -2- | -3- | -4- | -5- | -6- |
|---|---|---|---|---|---|---|
| Date: | | | | | | |
| Time: | | | | | | |
| Server: | | | | | | |

**REMARKS -**
WILL NOT EXCEPT SERVICE,
ATT'Y CLAIMS PARTNER 'ALT'
IS IN "INDIANA SOMEWHERE"
AND "WE'RE NOT THE ONES
THAT EXCEPTS THOSE"
(SHE WAS CURT, SHORT + TO
THE POINT.)