**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| **R. DANTE DECAPRI,** | |
| Plaintiff, | |
| v. | Case No. 3:14-cv-00201-HEH |
| **LAW OFFICES OF SHAPIRO BROWN & ALT, LLP,** | |
| Defendant. | |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant Law Offices of Shapiro, Brown & Alt, LLP ("SBA"), by counsel, and with the consent of counsel for Plaintiff, hereby moves this Court for the entry of an Order extending the time within which SBA may file its Answer to Plaintiff's Complaint until Wednesday, July 30, 2014.

1. This Court's July 8, 2014 scheduling order requires SBA to file an Answer no later than July 18, 2014.

2. SBA submits that this Motion for Extension of Time is made in good faith, and that the granting of this motion would not unduly prejudice any party. [1]

3. Counsel for SBA has conferred with Counsel for Plaintiff prior to the filing of this Motion, and Counsel for Plaintiff consented to an extension until Wednesday, July 30, 2014, as indicated by their endorsement on the [proposed] Order attached hereto as <u>Exhibit A</u>, which is being circulated for original endorsement by counsel and presentation to the Court for consideration and entry.

---

[1] SBA previously filed a motion to dismiss, and by separate motion, the parties are seeking an extension for Plaintiff to respond to such motion, and for SBA to reply.

WHEREFORE, the parties request that the present Consent Motion for Extension of Time be granted, and that SBA be permitted to file an Answer pursuant to this Court's Scheduling Order on or before Wednesday, July 30, 2014, and that the Court grant such other and further relief as the Court deems appropriate and just.

                                        Respectfully Submitted,

                                        **LAW OFFICES OF SHAPIRO, BROWN AND ALT, LLP,**
                                        *By Counsel*

Dated: July 16, 2014               */s/ Bizhan Beiramee*
                                        Bizhan Beiramee (VSB #50918)
                                        McGinnis Wutscher Beiramee LLP
                                        7508 Wisconsin Avenue
                                        Second Floor
                                        Bethesda, Maryland 20814
                                        bbeiramee@beiramee.com
                                        Phone: (301) 547-3805
                                        Fax:   (703) 483-9599
                                        *Counsel for Defendant Law Offices of Shapiro, Brown and Alt, LLP*

**Certificate of Service**

I hereby certify that on the 16th day of July, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF System, which will then send a notification of electronic filing (NEF) to the following:

| | |
|---|---|
| Dale W. Pittman, Esq. (VSB #15673) | Kristi Cahoon Kelly, Esq. (VSB #72791) |
| THE LAW OFFICE OF DALE W. PITTMAN, P.C. | KELLY & CRANDALL, PLC |
| The Eliza Spotswood House | 4084 University Drive |
| 112-A West Tabb Street | Suite 202A |
| Petersburg, Virginia 23803 | Fairfax, Virginia 22030 |
| (804) 861-6000 | (703) 424-7572 |
| (804) 861-3368 Fax | (703) 591-1067 Fax |
| dale@pittmanlawoffice.com | kkelly@kellyandcrandall.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |
| | |
| Leonard A. Bennett (VSB #37523) | Matthew J. Erausquin, Esq. (VSB #65434) |
| Susan M. Rotkis (VSB #40639) | Case Shannon Nash, Esq. |
| CONSUMER LITIGATION ASSOCIATES, P.C. | CONSUMER LITIGATION ASSOCIATES, P.C. |
| 763 J Clyde Morris Boulevard | 1800 Diagonal Road |
| Suite 1A | Suite 600 |
| Newport News, VA 23601 | Alexandria, Virginia 22314 |
| (757) 930-3660 | (703) 273-7770 |
| (757) 930-3662 Fax | (888) 892-3512 Fax |
| lenbennett@clalegal.com | matt@clalegal.com |
| srotkis@clalegal.com | casey@clalegal.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

                                               */s/ Bizhan Beiramee*
                                               Bizhan Beiramee (VSB #50918)
                                               MCGINNIS WUTSCHER BEIRAMEE LLP
                                               7508 Wisconsin Avenue
                                               Second Floor
                                               Bethesda, Maryland 20814
                                               bbeiramee@beiramee.com
                                               Phone: (301) 547-3805
                                               Fax:    (703) 483-9599
                                               *Counsel for Defendant Law Offices of Shapiro, Brown and Alt, LLP*