**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
(Richmond Division)**

| | |
|---|---|
| **R. DANTE DECAPRI,**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**LAW OFFICES OF SHAPIRO BROWN & ALT, LLP,**<br><br>　　　　Defendant. | Case No. 3:14-cv-00201-HEH |

**AGREED ORDER**

　　This matter came before the Court on the motion of Defendant Law Offices of Shapiro, Brown & Alt, LLP ("SBA"), for an extension of time to file the Answer to the Complaint required by the Scheduling Order.

　　Upon consideration of the motion, and it appearing to the Court that Plaintiff consents to the extension, it is hereby,

　　**ORDERED** that the motion of SBA for an extension of time is **GRANTED** and the time for SBA to file the Answer required by the Scheduling Order is hereby enlarged to permit SBA to file such Answer no later than Wednesday, July 30, 2014, which shall be deemed timely filed.

　　**IT IS SO ORDERED**.

　　Entered this _____ day of July, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

I ASK FOR THIS:

*/s/ Bizhan Beiramee*
Bizhan Beiramee (VSB #50918)
MCGINNIS WUTSCHER BEIRAMEE LLP
7508 Wisconsin Avenue, Second Floor
Bethesda, Maryland 20814
bbeiramee@beiramee.com
Phone: (301) 547-3805
Fax:    (703) 483-9599

*Counsel for Defendant Law Offices of Shapiro, Brown and Alt, LLP*

SEEN AND AGREED:

*/s/ Dale W. Pittman*
Dale W. Pittman (VSB #15673)
THE LAW OFFICE OF DALE W. PITTMAN, P.C.
The Eliza Spotswood House
112-A West Tabb Street
Petersburg, Virginia 23803
(804) 861-6000
(804) 861-3368 Fax
dale@pittmanlawoffice.com

Kristi Cahoon Kelly (VSB #72791)
KELLY & CRANDALL, PLC
4084 University Drive
Suite 202A
Fairfax, Virginia 22030
(703) 424-7572
(703) 591-1067 Fax
kkelly@kellyandcrandall.com

Leonard A. Bennett (VSB #37523)
Susan M. Rotkis (VSB #40639)
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard
Suite 201
Newport News, Virginia 23606
(757) 930-3660
(757) 930-3662 Fax

Matthew J. Erausquin (VSB #65434)
CONSUMER LITIGATION ASSOCIATES, P.C.
1800 Diagonal Road
Suite 600
Alexandria, Virginia 22314
(703) 273-7770
(888) 892-3512 Fax

*Counsel for Plaintiff*