UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

R. DANTE DECAPRI,
on behalf of himself and others
similarly situated,

        Plaintiff,

v.                                Civil Action No. 3:14cv201-HEH

LAW OFFICES OF
SHAPIRO BROWN & ALT, LLP,

        Defendant.

## AGREED ORDER EXTENDING TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS SECOND AMENDED COMPLAINT

This matter came before the Court on the Consent Motion of Plaintiff R. Dante DeCapri ("Plaintiff") for an extension of time to respond to Defendant's Motion to Dismiss ("Motion to Dismiss"). Upon consideration of the motion, it appearing to the Court that Defendant consents to the extension, as evidenced by the endorsement hereto by counsel of record for Defendant, it is hereby

**ORDERED** that the consent motion for an extension of time is **GRANTED**.

(1)    Plaintiff shall file his response to Defendant's Motion to Dismiss on or before Monday, August 15, 2014, which shall be deemed timely filed,

(2)    Defendant shall file its reply memorandum on or before August 29, 2014, which shall be deemed timely filed.

**IT IS SO ORDERED.**

Entered this ___ day of July, 2014.

                                                _____/s/_____
                                                Henry E. Hudson
                                                United States District Judge