IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| R. Dante DeCapri, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:14cv201–HEH |
| ) | |
| Law Offices of Shaprio Brown & ) | |
| Alt, LLP, ) | |
| ) | |
| Defendant. ) | |

## ORDER

THIS MATTER is before the Court on Plaintiff's Motion for Leave to File Supplemental Authority (ECF No. 29), filed on September 11, 2014. The Court is aware of opinion issued by the Fourth Circuit Court of Appeals submitted by Plaintiff. No further action on part of Plaintiff is necessary.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                     /s/
                                     Henry E. Hudson
                                     United States District Judge

Date: Sept. 12, 2014
Richmond, Virginia