IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

R. Dante DeCapri, )
)
        Plaintiff, )
)
v. )   Civil Action No. 3:14cv201–HEH
)
Law Offices of Shaprio Brown & )
Alt, LLP, )
)
        Defendant. )

## ORDER
(Denying Motion to Dismiss)

THIS MATTER is before the Court on a Motion to Dismiss, filed on July 14, 2014 by Defendant Law Offices of Shaprio Brown & Alt, LLP (ECF No. 10). For the reasons stated in the accompanying Memorandum Opinion, Defendant's Motion is DENIED.

The Clerk is DIRECTED to send a copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

It is so ORDERED.

                                              /s/
                                  Henry E. Hudson
                                  United States District Judge

Date: Sept. 19, 2014
Richmond, VA